UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

HENRY JAVIER ARTEAGA GARRIDO,

    Petitioner,

v.

    No. 6:26-CV-131-H

MARKWAYNE MULLIN, et al.,

    Respondents.

## FINAL JUDGMENT

For the reasons stated in the Court's Order, Dkt. No. 3, it is hereby ordered, adjudged, and decreed that:

The petition for a writ of habeas corpus (Dkt. No. 1) is denied.

The Clerk of Court is directed to close the case.

So ordered on April 28, 2026.

           _____
           JAMES WESLEY HENDRIX
           UNITED STATES DISTRICT JUDGE